UNITED STATED DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER DAWAYNE JOHNSON and CHRISTAL LYNN JOHNSON, <br><br> Plaintiffs, <br><br> v. <br><br> SHIPPS RV CENTERS, LLC, D/B/A CAMPING WORLD RV SALES, and REV GROUP, INC., D/B/A FLEETWOOD REVRV GROUP, <br><br> Defendants. | NO. 3:20-cv-00441 <br> JUDGE TRAUGER <br><br> DEMAND FOR JURY TRIAL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Christopher and Christal Johnson, and Defendants, Shipps RV Centers, LLC and REV Group, Inc., by and through counsel (collectively the "parties"), hereby stipulate and agree that all matters herein between them have been compromised and settled, and that this action should be dismissed with prejudice, with each party to bear its own costs and attorneys' fees. A proposed order is submitted with this stipulation.

Respectfully submitted,

**WYATT TARRANT & COMBS, LLP**

By: */s/Andrew J. Pulliam*
ANDREW J. PULLIAM (BPR #016863)
333 Commerce Street, Suite 1050
Nashville, Tennessee 37201
(615) 244-0020
apulliam@wyattfirm.com
*Attorney for Plaintiffs Christopher DaWayne Johnson and Christal Lynn Johnson*

1

**LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC**

By: **/s/Alan B. Easterly**
 **ALAN B. EASTERLY (BPR# 013225)**
 **WILLIAM M. LEECH, III (BPR #030515)**
 *Attorneys for Shipp's RV Centers, LLC*
 200 W. ML King Blvd., Fifth Floor
 Chattanooga, TN 37402-2566
 Direct 423.424.3905
 Direct Fax 423.308.0905
 alan.easterly@leitnerfirm.com
 william.leech@leitnerfirm.com

**BUTLER SNOW LLP**

By: **/s/Kevin C. Baltz**
 **KEVIN C. BALTZ (BPR #022669)**
 150 3rd Avenue South, Suite 1600
 Nashville, Tennessee 37201
 (615) 651-6714 - telephone
 kevin.baltz@butlersnow.com
 *Attorney for Defendant REV Group, Inc.*
 *d/b/a Fleetwood REVRV Group*

**CERTICATE OF SERVICE**

I hereby certify that on August 19, 2021, a true and correct copy of the foregoing was served via the Court's ECF System and via Email upon Alan B. Easterly and William M. Leech, Leitner, Williams, Dooley & Napolitan, 200 W. ML King Blvd., Tallan Building, Suite 500, Chattanooga, Tennessee 37402, *Attorneys for Defendant Shipps RV Centers, LLC, D/B/A Camping World RV Sales*; and Kevin C. Baltz, Butler Snow LLP, 150 3rd Avenue South, Suite 1600, Nashville, Tennessee 37201, *Attorney for Defendant REV Group, Inc. D/B/A Fleetwood REVRV Group*.

/s/ Andrew J. Pulliam
Andrew J. Pulliam