UNITED STATED DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER DAWAYNE JOHNSON and CHRISTAL LYNN JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>SHIPPS RV CENTERS, LLC, D/B/A CAMPING WORLD RV SALES, and REV GROUP, INC., D/B/A FLEETWOOD REVRV GROUP,<br><br>Defendants. | NO. 3:20-cv-00441<br>JUDGE TRAUGER<br><br>DEMAND FOR JURY TRIAL |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Christopher and Christal Johnson, by their counsel, and Defendants Shipps RV Centers, LLC and REV Group, Inc., by their respective counsel, having filed their Stipulation of Dismissal With Prejudice, and the Court, having been duly advised, now finds that this action should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED that all claims asserted by Plaintiffs against Defendants in this action are dismissed with prejudice. Plaintiffs and Defendants shall each bear their own costs and attorneys' fees. Any outstanding Court costs are taxed to the Defendants equally.

_____
U.S. DISTRICT JUDGE

1